# Court of Appeals
## Tenth Appellate District of Texas

10-25-00327-CR

In re Willie Otis Harris

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Willie Otis Harris filed a petition for writ of mandamus on September 17, 2025. He requests this Court to compel the district clerk to provide copies of records from an "Initial Appearance/Bond Hearing" conducted on August 10, 2024. This Court has no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a), (b); *In re Strickhausen*, 994 S.W.2d 936, 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (per curiam). Harris has not demonstrated that a writ of mandamus directed to the district clerk is necessary to enforce this Court's jurisdiction.

Accordingly, we dismiss the petition for writ of mandamus for want of jurisdiction.

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  September 25, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Petition dismissed
Do not publish
OT06

